# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| KENNETH and BELINDA DOUGLAS, individually and on behalf of all similarly situated individuals, | : <br> : |
| Plaintiffs, | : |
| vs. | :   CA 11-00495-KD-C |
| BAYVIEW LOAN SERVICING, LLC, | : |
| Defendant. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated January 13, 2012 is **ADOPTED** as the opinion of this Court.

**DONE** and **ORDERED** this the **1**st day of **February 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**